SAMUEL ZIRN, Appellant, *v.* CLIFTON N. BRADLEY et al., Defendants, and BOUDINOT ATTERBURY, Defendant-Respondent.

Submitted February 21, 1944; decided March 2, 1944.

*Neil P. Cullom* and *Henry W. Steingarten* for motion.
*Henry Cohen* and *Adolph Feldblum* opposed.
Motion denied, with ten dollars costs.